IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DISANTIS, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.<br>: 1:17-cv-11379-JBS-KMW |
| ALLIED CONSTRUCTION, LLC, *et al.*, | : |
| Defendants. | : |
| | : **ORDER** |

**THIS MATTER,** having been opened to the Court on the application of Plaintiffs (with Defendant's Consent) jointly seeking an Order Approving the Settlement Agreement ("Agreement"). The Court having heard and considered the arguments of counsel and having read and considered the papers submitted, and for good cause shown;

It is on this **9th** day of September 2019,

ORDERED as follows:

1. The Motion (with Defendant's Consent) For Approval of Settlement is hereby **GRANTED**.

2. The Agreement represents a fair and reasonable resolution of a bona fide dispute over FLSA provisions; and is hereby approved by the Court.

**3. The Complaint is dismissed, in its entirety, and with prejudice.**

_____
Karen M. Williams, U.S.M.J.